IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | PETITION TO OPEN |
| VS. ) | JUVENILE/ADULT RECORDS |
| ) | |
| GERALD ANTHONY MEYERS ) | DOCKET NO. CR 25-14-GF-BMM-1 |
| ) | |

Whereas the above-named defendant entered a plea of <u>Guilty</u> to the offense of <u>Prohibited Person in Possession of a Firearm and Ammunition</u>, in United States District Court for the District of Montana, and the Court having ordered a Pre-Sentence Investigation into the Defendant's background, the Petitioner requests all juvenile and adult records pertaining to the defendant, including law enforcement, Juvenile Court, County Probation, State and County Welfare, and Treatment Center records, be made available.

Respectfully,

_____
Samuel Wavra
United States Probation Officer

Date: <u>12/19/2025</u>

==========================
**ORDER**
==========================

THE COURT HAVING CONSIDERED THE AFOREMENTIONED PETITION does hereby order this 19th day of December, 2025, the release of pertinent juvenile and adult records held by any law enforcement agency, juvenile court, probation office, welfare agency, or treatment center be provided to the Petitioner or authorized agency of the United States Probation Office.

_____
Brian Morris, Chief District Judge
United States District Courts